

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case: 1:22-cr-20322<br>Assigned To : Ludington, Thomas L.<br>Referral Judge: Morris, Patricia T.<br>Filed: 6/23/2022<br>IND USA V DODD (LH) |
| Plaintiff, | |
| v. | Violations:<br>18 U.S.C. § 641 |
| GARDNER DODD, | 42 U.S.C. § 408(a)(4) |
| Defendant. | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### 18 U.S.C. § 641 - Theft of Government Funds

1. Beginning in or around July 2010, and continuing through June 2017, in the Eastern District of Michigan, Northern Division, the defendant, Gardner Dodd, willfully and knowingly embezzled, stole, purloined, and converted to his own use and the use of another, money of the Social Security Administration ("SSA"), a department or agency of the United States, that is, Social Security Act, Title II, Disability Insurance Benefits ("DIB") having a value greater than $1000.00; in violation of Title 18, United States Code, Section 641.

## COUNT TWO
### 42 U.S.C. § 408(a)(4) - Social Security Benefit Fraud

2. Beginning in or around July 2010, and continuing through June 2017, in the Eastern District of Michigan, Northern Division, the defendant, Gardner Dodd, in a matter within the jurisdiction of the SSA, having knowledge of an event affecting the continued right to SSA benefit payments of an individual on whose behalf he was receiving such payments, knowing and willfully concealed and failed to disclose such event, with the intent to fraudulently secure payment either in a greater amount than is due or when no payment is authorized. Specifically, the defendant intentionally failed to disclose to the SSA the work activity and related earnings of M.L., an individual known to the grand jury, for whom he served as representative payee; in violation of Title 42, United States Code, Section 408(a)(4).

THIS IS A TRUE BILL

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON


DAWN N. ISON
United States Attorney


*s/Anthony P. Vance*
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices


*s/Corinne M. Lambert*
CORINNE M. LAMBERT
Special Assistant U.S. Attorney


Dated: June 23, 2022

| (Companion Case information MUST be completed by AUSA and initialed.) |
|---|

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: C.M.L   *CML* |

**Case Title:** USA v. Gardner Dodd

**County where offense occurred :** Cheboygan

**Check One:**   ☒ Felony    ☐ Misdemeanor    ☐ Petty

    ✔ Indictment/____Information --- **no** prior complaint.
    ____Indictment/____Information --- based upon prior complaint [**Case number:**                    ]
    ____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

    ☐ Corrects errors; no additional charges or defendants.
    ☐ Involves, for plea purposes, different charges or adds counts.
    ☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

| June 23, 2022 | Corinne M. Lambert |
|---|---|
| Date | Corinne M. Lambert |
| | Special Assistant U.S. Attorney |
| | 211 W. Fort Street, Suite 2001 |
| | Detroit, MI 48226-3277 |
| | Phone: (313) 226-9129 |
| | Fax: (313) 226-2873 |
| | E-Mail address: Corinne.Lambert@usdoj.gov |
| | Attorney Bar #: |

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.