UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff

-vs-                                        No. 1:22-cr-20322
                                             Hon. Thomas L. Ludington

GARDNER DODD,

        Defendant
_____/

## STIPULATED ORDER FOR SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED that JAMES C. HOWARTH shall be substituted for and on behalf of Jeffrey James Rupp, as attorney for Defendant in the above matter.

| BRISBOIS BRISBOIS & RUPP, PLLC | LAW OFFICES OF JAMES C. HOWARTH |
|---|---|
| S/Jeffrey James Rupp w/permission/consent | S/James C. Howarth |
| JEFFREY JAMES RUPP P 61749 | JAMES C. HOWARTH P 15179 |
| 1107 Gratiot Avenue | 150 W. Second Street, Ste. 250 |
| Saginaw, MI 48602 | Royal Oak, MI 48067 |
| (989) 799-6000 | (248) 353-6500 |
| jrupp@brisbois-attys.com | James-Howarth@att.net |

IT IS SO ORDERED:

                                                                   _____
                                                                   U.S. DISTRICT COURT JUDGE

DATED:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                              Case No. 1:22-cr-20322

v.                                           Honorable Thomas L. Ludington
                                                   United States District Judge

GARDNER DODD,

    Defendant.
_____/

**ORDER SUBSTITUTING DEFENDANT SAGINAW COUNTY'S ATTORNEY**

Having reviewed the Parties' attached Stipulation and this Court being otherwise fully advised in the premises:

It is **ORDERED** that Attorney James C. Howarth is **SUBSTITUTED** for Attorney Jeffrey James Rupp as attorney of record for Defendant.

**This is not a final order and does not close the above-captioned case**.

Dated: September 13, 2023                          s/Thomas L. Ludington
                                                                 THOMAS L. LUDINGTON
                                                                 United States District Judge