UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

-vs-                                                No. 1:22-cr-20322
                                                    Hon. Thomas L. Ludington

GARDNER DODD,

    Defendant
_____/

## **EMERGENCY MOTION TO ADJOURN SENTENCE DATE**

    GARDNER DODD, Defendant herein, by his attorneys, JAMES C. HOWARTH and MARK A. ROULAND, asks this Court to adjourn the sentencing now scheduled in this cause for Thursday, August 29, 2024 at 2:00 p.m., and in support thereof says as follows:

    1.    Gardner Dodd ("Dodd") was charged by Indictment in this Court with the following offenses: Count I, Theft of Government Funds, contrary to *18 U.S.C. §641* and Count II, Social Security Benefit Fraud, contrary to *42 U.S.C. §408(a)(4)*.

    2.    Dodd entered a plea of guilty to Count II above, on May 13, 2024 before a magistrate judge of this Court.

3. Sentencing is currently scheduled in this Court on August 29, 2024 at 2:00 p.m.

4. Sentence Memorandums and letters from interested parties have been submitted to the Court by both the Government and the Defendant.

5. On Thursday, August 22, 2024 at approximately 8:00 p.m., defense counsel were forwarded two letters, from the complaining witness, M.L. and his sister, respectively, which in the opinion of defense counsel, contained allegations which were both false and inflammatory.

6. Defendant Dodd and counsel are alarmed and fearful that if said allegations are not forcefully rebutted at the sentence hearing, Gardner Dodd will be severely prejudiced and denied any opportunity to answer his accusers, inasmuch as defense counsel believe that neither the complainant nor his sister intend to be present at the sentence hearing.

7. If an adjournment were granted at the discretion of the Court, Defendant would be able to bring witnesses to Court to counter false charges against Defendant Dodd.

8. Defendant believes that the short time span between this Emergency Motion and the sentence date will preclude his ability to muster a defense.

9. Concurrence for the relief sought in this Motion was requested of the Government and refused on Monday, August 26, 2024.

## RELIEF REQUESTED

WHEREFORE, for all of the above reasons, Defendant Gardner Dodd asks this Court to grant a continuance of sentence until a date to be set by the Court.

Respectfully submitted,
LAW OFFICES OF JAMES C. HOWARTH

S/James C. Howarth
JAMES C. HOWARTH
Attorney for Defendant
150 W. Second Street, Suite 250
Royal Oak, MI 48067
Telephone Number: (248) 353-6500
Email Address: james-howarth@att.net
Attorney Bar No: P 15179

FRIED SAPERSTEIN SAKWA, PC

S/Mark A. Rouland
MARK A. ROULAND
Co-counsel for Defendant
150 W. Second Street, Suite 250
Royal Oak, MI 48067
Telephone Number: (248) 353-6500
Email Address: mrouland@comcast.net
Attorney Bar No: P 58686

DATED: August 26, 2024

I hereby certify that on August 26, 2024, I electronically filed the foregoing paper with the clerk of the court using the ECF system which will send notification of such filing to counsel of record.

    Respectfully submitted,

    LAW OFFICES OF JAMES C. HOWARTH

    S/James C. Howarth
    JAMES C. HOWARTH
    Attorney for Defendant
    150 W. Second Street, Suite 250
    Royal Oak, MI 48067
    Telephone Number: (248) 353-6500
    Email Address: james-howarth@att.net
    Attorney Bar No: P 15179