UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v

GARDNER DODD,

        Defendant.

                        Case No.: 22-cr-20322
                        Hon. Thomas L. Ludington

_____/

**NOTICE OF CHANGE OF ASSISTANT U.S. ATTORNEY**

**To:** Attorney Admission Clerk and All Other Parties

Please take notice of the following change(s) of Assistant U.S. Attorney(s) of record for the above-captioned case:

| **Add the following AUSA(s):** | **Terminate the following AUSA(s):** |
|---|---|
| Name: JESSICA A. NATHAN<br>Bar ID: (TX24090291)<br>Telephone: (313) 226-9643<br>Email: jessica.nathan@usdoj.gov | Name: NONE |

                                            DAWN N. ISON
                                            United States Attorney

                                    By:   /s/ JESSICA A. NATHAN
                                                  Assistant U.S. Attorney
                                                  211 W. Fort Street, Suite 2001
                                                  Detroit, MI 48226
                                                  Phone: (313) 226-9643
                                                  E-mail: jessica.nathan@usdoj.gov
Dated:  September 4, 2024                  Bar No.: (TX 24090291)

1